# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1174
Lower Tribunal No. 12-8535
_____

**The State of Florida,**
Petitioner,

vs.

**Karon Gaiter,**
Respondent.

On Petition for Writ of Certiorari to the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Pamela Jo Bondi, Attorney General, and Timothy A. Freeland, Assistant Attorney General, and Carol M. Dittmar (Tampa), Senior Assistant Attorney General, for petitioner.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for respondent.

Before ROTHENBERG, LOGUE, and SCALES, JJ.

LOGUE, J.

The State of Florida filed a petition for a writ of certiorari to review a pretrial decision declaring Florida's new death penalty statute, § 921.141(1), Florida Statutes (2016), unconstitutional. We have jurisdiction.[1] After the petition was filed, the Florida Supreme Court held the statute was rendered unconstitutional because it failed to require a unanimous jury recommendation of death. In doing so, the Court explained, "[a]lthough the United States Supreme Court has not ruled on whether unanimity is required in the jury's advisory verdict in capital cases, the foundational precept of the Eighth Amendment calls for unanimity in any death recommendation that results in a sentence of death." Hurst v. State, No. SC12-1947, 2016 WL 6036978, at *15 (Fla. Oct. 14, 2016); See Perry v. State, No. SC16-547, 2016 WL 6036982, at *8 (Fla. Oct. 14, 2016) ("we resolve any ambiguity in the Act consistent with our decision in Hurst").

Certiorari denied.

---

[1] See, e.g., State v. Pettis, 520 So. 2d 250, 253 (Fla. 1988) (noting that the filing of a petition for writ of certiorari is an apt remedy where the application of double jeopardy would prevent the State from obtaining review of an interlocutory trial court order that departed from the essential requirements of the law and frustrated the proper prosecution of a crime).